# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Benjamin G. Thompson,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:11cv313

Michael J. Astrue,
Commissioner of Social Security Admin.

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2012 Order.

Signed: March 2, 2012

Frank G. Johns, Clerk
United States District Court